Case 4:26-cv-00798   Document 7   Filed 02/11/26 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 11, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **EVANGELINA SALVADOR RODRIGUEZ,** § <br> § <br> Petitioner, § <br> § <br> VS. § <br> § <br> **MARTIN FRINK,** *et al.*, § <br> § <br> Respondents. § | **CIVIL ACTION NO. 4:26-CV-00798** |

## ORDER

Petitioner Evangelina Salvador Rodriguez filed a Petition for Writ of Habeas Corpus on February 2, 2026. ECF No. 1. On February 3, 2026, the Court ordered that Respondents file an answer to the Petition on or before February 9, 2026. ECF No. 4. This Order was electronically served on the US Attorney's Office for the Southern District of Texas. As of February 11, Respondents have not answered, and Petitioner has filed a Motion for Summary Judgment on the basis of Respondent's failure to answer. ECF No. 6.

Respondents are **ORDERED** to answer or otherwise respond to the Petition by February 12, 2026. If they fail to do so, the Court will treat the Petition for Habeas Corpus as unopposed. *See* Southern District of Texas Local Rule 7.4. This Order will be served on Respondents via email.

**IT IS SO ORDERED.**

Signed at Houston, Texas on February 11, 2026.

Keith P. Ellison
United States District Judge